# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00684-CV

**Ticole Taylor, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 230,270, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Ticole Taylor's brief on the merits of this appeal was due August 16, 2010. The brief has not been received and Taylor's appointed attorney, Buckley Heath Major, did not respond to this Court's notice that the brief is overdue.

This appeal is abated. The trial court shall conduct a hearing to determine whether Taylor desires to prosecute this appeal and whether appointed counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2); *see also In re T. V.*, 8 S.W.3d 448, 449-50 (Tex. App.—Waco 1999, no pet.) (Applying Rule 38.8(b) to suit involving termination of parental rights). The trial court shall make appropriate findings and recommendations. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the

Clerk of this Court for filing as a supplemental record no later than November 29, 2010. *See* Tex.

R. App. P. 38.8(b)(3).


Before Chief Justice Jones, Justices Pemberton and Henson

Abated

Filed: October 26, 2010